## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HERZOG                          :
                                       :
                   Plaintiff           :
                                       :
        v.                             :
                                       :   NO. 2:16-cv-00905-ER
UNION PACIFIC RAILROAD                 :
COMPANY                                :
                                       :
          · Defendant                  :

### STIPULATION TO TRANSFER

Now come the above-referenced parties, by and through their respective counsel, and

hereby stipulate to the transfer of this case to the United States District Court for the Eastern

District of Wisconsin.


BURNS WHITE                              BERN RIPKA CAPPELLI


/s/ David A. Damico                      /s/ Shawn M. Sassaman
DAVID A. DAMICO                          SHAWN M. SASSAMAN
Counsel for Defendant                    Counsel for Plaintiff
Four Northshore Center                   101 West Elm Street, Suite 630
106 Isabella Street                      Conshohocken, PA 19428
Pittsburgh, PA  15212                    (610) 941-4444
(412) 995-3206


Dated: May 25, 2016

Approved:

5/25/2016

DOUGLAD C. ROSSEANO V.