IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **MARGARET HERZOG, Individually and as the personal representative of the Estate of THOMAS HERZOG, deceased** | : : : : | |
| **Plaintiff** | : | |
| v. | : : | NO. 1:16-cv-01139-WCG |
| **UNION PACIFIC RAILROAD COMPANY** | : : : : | |
| **Defendant** | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant, having conferred, do hereby dismiss the instant action without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with each side to bear their own costs.

Respectfully submitted,                              Respectfully submitted,

/s/ David Damico                                     /s/ Shawn M. Sassaman
David Damico, Esquire                                Shawn M. Sassaman, Esquire
Burns White, LLC                                     Bern Cappelli, LLP
Four Northshore Center                               101 West Elm Street
106 Isabella Street                                  Suite 630
Pittsburgh, PA  15212                                Conshohocken, PA  19428
Ph:  412-995-3149                                    Ph:  610-941-4444
                                                     Attorney for Plaintiff

Elizabeth A. Graham, Esquire
Union Pacific Law Department
101 North Wacker Drive, Room 1920
Chicago, IL  60606
Ph:  (312) 777-2056
Attorney for Defendant

**APPROVED BY THE COURT:**

_____
                                                                          **J.**

## CERTIFICATE OF SERVICE

      I, Shawn M. Sassaman, attorney for the Plaintiff, do hereby certify that the foregoing Stipulation of Voluntary Dismissal Without Prejudice was served on all parties of record via the Court's electronic distribution service on the date noted below.

October 11, 2016                      /s/ Shawn M. Sassaman
                                                  SHAWN M. SASSAMAN